AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Mexico ▾

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 5 2022

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The 15 Locations and 13 Persons<br>identified in Attachment A | )<br>)<br>)<br>)<br>)<br>) |

Case No. 22-MR-1258
thru
22-MR-1272

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which has been attached hereto and incorporated herein.

located in the _____ District of ____**New Mexico**____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which has been attached hereto and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1962, 1959,<br>924(c), 922(g), and 21 U.S.C.<br>§§ 841(a), 843(b), 846 and<br>856. | Racketeer Influenced and Corrupt Organizations (RICO) Act violations, Violent<br>Crime in Aid of Racketeering (VICAR) violations, possess firearm in furtherance of<br>drug trafficking, felon possess firearm, PWITD controlled substances, use of a<br>phone in furtherance of drug trafficking, and maintaining a drug house. |

The application is based on these facts:

Refer to the attached 104 page Affidavit in Support of an Application for Search Warrants

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

**Bryan Acee, FBI Special Agent**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____08/25/2022____

_____
*Judge's signature*

City and state: Albuquerque, New Mexico

**Karen B. Molzen, United States Magistrate Judge**
*Printed name and title*

# TABLE OF CONTENTS

Page

ATTACHMENTS A/B TO THE SEARCH WARRANTS .................................................. 3

GLOSSARY OF TERMS AND ENTITIES ................................................................. 20

PURPOSE OF AFFIDAVIT ...................................................................................... 22

TRAINING AND EXPERIENCE ............................................................................... 24

BACKGROUND ALLEGATIONS RE: GANGS AND DRUG TRAFFICKERS .......... 26

OVERVIEW OF THE SNM INVESTIGATION .......................................................... 31

THE SNM, SUREÑOS, AND WSL CRIMINAL ENTERPRISES ............................... 35

VIOLENCE TARGETING GOVERNMENT WITNESSES AND AGENTS ................. 39

THE CONFIDENTIAL HUMAN SOURCES ............................................................. 45

FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE ................ 59

    Reorganization and Alignment of the SNM Criminal Enterprise .................. 60

    SNM Member Kills Sureños Leader for the Mexican Mafia ........................ 66

    Murder, Conspiracy to Commit Murder, and other VICAR Violations ......... 67

    The Recent SNM Homicides in Albuquerque ............................................. 68

    Drug Distribution in Furtherance of SNM/Sureños Criminal Enterprises ..... 75

    Distribution on the Street ............................................................................. 77

    Distribution in the Jails and Prisons ............................................................ 84

THE TARGET SUBJECTS ...................................................................................... 86

THE SUBJECT PREMISES ..................................................................................... 90

SEARCHING FOR GANG TATTOOS ...................................................................... 98

BIOMETRIC ACCESS TO DEVICES ...................................................................... 99

REQUEST FOR NIGHT TIME SERVICE ................................................................ 102

CONCLUSION ........................................................................................................ 103

EXHIBIT 1 .............................................................................................................. 104

## ATTACHMENT A
### A-1
### PERSON AND PREMISES TO BE SEARCHED

**Person to be searched:** JESSE YOUNG, aka: "LOBO," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Sureños or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-1, located at 3123 Leo Road SW, unit A, Albuquerque, New Mexico, 87105. Subject Premises A-1 is described as a single story residence, with pink siding and white trim. There are several disabled cars parked in front of the house and the numbers 3123A are posted on a gray mailbox in front of the residence. There is a white metal security door over the front door. Color photographs are posted below. The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles parked at, or in front of, the Subject Premises.[1]




---

[1] Only vehicles parked at the Subject Premises or in front of the Subject Premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission, or possession of an ignition key.

## ATTACHMENT A
### A-2
### PERSON AND PREMISES TO BE SEARCHED

**Person to be searched:** JESSE YOUNG, aka: "LOBO," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Sureños or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-2 is located at 1435 Atrisco Drive SW, units A and B, Albuquerque, New Mexico, 87105. Subject Premises A-2 is described as a single plot of land that has three residences on it: "A," "B," and "C." All three residences have brown siding, white trim, and a silver colored metal roof. There are multiple sheds and out buildings on the property. The numbers 1435A, 1435B, and 1435C are posted on mailboxes to the east of the Subject Premises and the letter "b" is painted in blue on a metal gate at the southern entrance to the Subject Premises. There are video cameras posted all over the exterior of the property. Agents will be searching the A and B residences. A large pole can be seen in the center of the property with several cameras mounted on the pole. Color photographs are posted below. The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles parked at, or in front of, the Subject Premises.[2]



Unit C, the area within the red colored border above, will <u>not</u> be searched.

---

[2] Only vehicles parked at the Subject Premises or in front of the Subject Premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission or possession of an ignition key.

**ATTACHMENT A**
**A-3**
**PERSON AND PREMISES TO BE SEARCHED**

**Person to be searched:** THOMAS JARAMILLO, aka: "CASPER," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Sureños or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-3, located at 3810 Villa Serena Place SW, Albuquerque, New Mexico, 87121. Subject Premises A-3 is described as a single story residence with white siding and green trim. There are cameras positioned on all sides of the residence. The numbers 3810 are posted on the front of the residence, near the driveway. Color photographs are posted below. The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles parked at, or in front of, the Subject Premises.[3]



---

[3] Only vehicles parked at the Subject Premises or in front of the Subject Premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission or possession of an ignition key.

## ATTACHMENT A
### A-4
### PERSON AND PREMISES TO BE SEARCHED

**Person to be searched:** EDWARD VALLEZ, aka: "DOPEY," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Sureños or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Premises A-4, located at 1114 ½ Sunflower Road SW, Albuquerque, New Mexico, 87105. Subject Premises A-4 is described as a single story residence with tan siding and brown trim. There are multiple cameras positioned around the Subject Premises. The numbers 1114 ½ are posted on the mailbox in front of the residence. The Subject Premises is located behind 1114 Sunflower Road SW, Albuquerque. The driveway on the west side of 1114 Sunflower Road SW leads to the front of Subject Premises A-4. Color photographs are posted below. The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles parked at, or in front of, the Subject Premises.[4]

 

---

[4] Only vehicles parked at the Subject Premises or in front of the Subject Premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission or possession of an ignition key.

## ATTACHMENT A
### A-5
### PERSON AND PREMISES TO BE SEARCHED

**Person to be searched:** JOSHUA LOZOYA, aka: "GRIEFO," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the West Side Locos (WSL) or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-5, located at 10416 Connemara Drive SW, Albuquerque, New Mexico, 87121. Subject Premises A-5 is described as a single story residence with red brick siding and light blue trim. There are multiple cameras positioned around the Subject Premises. The numbers 10416 are posted on the curb in front of the residence and on the front of the house next to the garage door. Color photographs are posted below. The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles parked at, or in front of, the Subject Premises.[5]

 

---

[5] Only vehicles parked at the Subject Premises or in front of the Subject Premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission or possession of an ignition key.

## ATTACHMENT A
### A-6
### PERSON AND PREMISES TO BE SEARCHED

**Person to be searched:** ACEN VALADEZ, aka: "BOOGIE," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the West Side Locos (WSL) or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-6, is located at 1340 Tres Ritos Street SW, Albuquerque, New Mexico, 87121. Subject Premises A-6 is described as a two story residence with light tan stucco siding and brown trim. There are multiple cameras positioned around the Subject Premises. The numbers 1340 are posted on the front of the house next to the garage door. Color photographs are posted below. The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles parked at, or in front of, the Subject Premises.[6]



---

[6] Only vehicles parked at the Subject Premises or in front of the Subject Premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission or possession of an ignition key.

**ATTACHMENT A**
**A-7**
**PREMISES TO BE SEARCHED**

 **Premises to be searched:** Subject Premises A-7, located at 1132 Florida Street SE, unit E, Albuquerque, New Mexico, 87108. Subject Premises A-7 is described as a single story apartment complex with red brick siding and white trim. There are multiple cameras positioned around the Subject Premises. The numbers 1132 are posted on the west side of the apartment building and the letter E is posted on the white front door of the Subject Premises. Color photographs are posted below. The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles parked at, or in front of, the Subject Premises.[7]



**Apartment E**



---

[7] Only vehicles parked at the Subject Premises or in front of the Subject Premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission or possession of an ignition key.

## ATTACHMENT A
## A-8
## PERSON AND PREMISES TO BE SEARCHED

**Person to be searched:** OMAR MANZANILLA, aka: "SAPO," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Sureños or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-8, located at 1322 Vito Romero Road SW, Albuquerque, New Mexico, 87105. Subject Premises A-8 is described as a single story residence with red brick and white siding. There are multiple cameras positioned around the Subject Premises. The numbers 1322 are posted on a black mailbox at the entrance the driveway. Color photographs are posted below. The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles parked at, or in front of, the Subject Premises.[8]



---

[8] Only vehicles parked at the Subject Premises or in front of the Subject Premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission or possession of an ignition key.

## ATTACHMENT A
## A-9
## PERSON AND PREMISES TO BE SEARCHED

**Person to be searched:** BERNARD BACA, aka: "MAD DOG," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Syndicato de Nuevo Mexico (SNM) or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-9, located at 2901 Euclid Avenue NE, apartment 22-B, Albuquerque, New Mexico, 87106. Subject Premises A-9 is described as a two story apartment complex with tan siding and white and gray trim. The name of the Apartment Complex is Sandia Shadows and the address is posted on the front of the building. The numbers 22-B are posted on the white front door of the Subject Premises. Color photographs are posted below. The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles parked at, or in front of, the Subject Premises.[9]

 

---

[9] Only vehicles parked at the Subject Premises or in front of the Subject Premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission or possession of an ignition key.

**ATTACHMENT A**
**A-10**
**PERSON AND PREMISES TO BE SEARCHED**

**Person to be searched:** ERIC HARRISON, aka: "SNOOP," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Syndicato de Nuevo Mexico (SNM) or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-10, Diersen Charities halfway house, located at 2331 Menaul Boulevard NE, Albuquerque, New Mexico, 87107.

The defendant lives in the men's dormitory area. FBI agents will request Diersen staff point out the bed/sleeping area, closet, storage container(s), locker(s), shelves, drawers, or other spaces designated for use by HARRISON, and agents will search those areas.

## ATTACHMENT A
### A-11
### PERSON AND PREMISES TO BE SEARCHED

**Person to be searched:** DAVID CHAVEZ, aka: "WACKY," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Syndicato de Nuevo Mexico (SNM) or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-11, Metropolitan Detention Center, Restricted Housing Unit 2, cell 12, 100 Deputy Dean Miera Drive SW, Albuquerque, NM 87151.

**ATTACHMENT A**
**A-12**
**PERSON AND PREMISES TO BE SEARCHED**

**Person to be searched:** MARIO CHAVEZ, aka: "LITTLE MAN," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Syndicato de Nuevo Mexico (SNM) or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-12, Metropolitan Detention Center, Restricted Housing Unit 2, cell 29, 100 Deputy Dean Miera Drive SW, Albuquerque, NM 87151.

**ATTACHMENT A**
**A-13**
**PERSON AND PREMISES TO BE SEARCHED**

**Person to be searched:** RAYMOND SALAS, aka: "RAY RAY," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Syndicato de Nuevo Mexico (SNM) or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:** Subject Premises A-13, Metropolitan Detention Center, Restricted Housing Unit 2, cell 27, 100 Deputy Dean Miera Drive SW, Albuquerque, NM 87151.

**ATTACHMENT A**
**A-14**
**PERSON AND PREMISES TO BE SEARCHED**

    **Person to be searched:** ENRIQUE ROYBAL, aka: "SLEEPY," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Syndicato de Nuevo Mexico (SNM) or any other gang. A color photograph of the Defendant follows:



    **Premises to be searched:** Subject Premises A-14, Metropolitan Detention Center, Restricted Housing Unit 2, cell 29, 100 Deputy Dean Miera Drive SW, Albuquerque, NM 87151.

## ATTACHMENT A
## A-15
## PERSON AND PREMISES TO BE SEARCHED

**Person to be searched:** ERNEST GUERRO, aka: "ERN DOG," who appears in the photograph below. The Defendant will be searched for tattoos evidencing membership in or association with the Syndicato de Nuevo Mexico (SNM) or any other gang. A color photograph of the Defendant follows:



**Premises to be searched:**
Subject Premises A-15, Metropolitan Detention Center, Restricted Housing Unit 2, cell 5, 100 Deputy Dean Miera Drive SW, Albuquerque, NM 87151.

## ATTACHMENT B
### Items to be Seized

**Items to be seized:** All evidence, fruits, and instrumentalities of violations of: 18 U.S.C. § 1962 Racketeer Influenced and Corrupt Organizations (RICO) Act; 18 U.S.C. § 1959 Violent Crime In Aid of Racketeering (VICAR); 18 U.S.C. § 924(c) Use of a firearm in furtherance of a crime of violence or a drug trafficking crime; 18 U.S.C. § 922(g) Prohibited person in possession of a firearm or ammunition; 21 U.S.C. § 841(a)(1) Possession with intent to distribute controlled substances; 21 U.S.C. § 843(b) use of a communication facility in furtherance of drug trafficking; 21 U.S.C. § 846 Conspiracy to distribute controlled substances; and 21 U.S.C. § 856 maintaining drug involved premises; to include the following items:

1. Evidence of membership or affiliation with the Syndicato de Nuevo Mexico (SNM), Sureños, or West Side Locos (WSL) gangs: to include any documents, photographs, drawings, writings, or objects depicting gang members names, initials, logos, monikers, slogans, or any item depicting potential gang membership, affiliation, activity or identity; "green light" lists, murder/assault lists, witness or confidential informant lists, inmate lists, address and telephone number lists, letters, law enforcement reports, jail or department of corrections reports, judgments, pre-sentencing reports, newspaper articles relating to gang activity, computer generated reports or printouts, legal documents pertaining to government cooperators or witnesses, detention facility inmate number lists or addresses for inmates or detention facilities;

2. Firearms, magazines, ammunition, holsters and items used to store firearms;

3. Controlled substances, drug packaging material, paraphernalia and scales;

4. United States currency;

5. Documentary evidence of drug trafficking, to include records, receipts, notes, ledgers, money orders money order receipts, pre-paid money cards such as MoneyPak, Green Dot, Wal-Mart, or other debit cards and any documents relating to transporting, ordering, purchasing or distributing drugs;

6. Cellular telephones;

7. Articles of property tending to establish the identity of persons in control of premises, vehicles, storage areas, and containers being searched, including utility company receipts, rent receipts, addressed envelopes, and keys;

8. Safes, combinations or key-lock strong boxes or other secure storage containers, and types of locked or containers, and hidden compartments that may contain any of the foregoing.

**SEARCH WARRANTS**

| | SUBJECT PREMISES | TARGET SUBJECTS |
|---|---|---|
| A-1 | 3123 Leo Road SW, unit A, Albuquerque, NM 87105 | JESSE YOUNG, aka: "LOBO" |
| A-2 | 1435 Atrisco Drive SW, units A and B, Albuquerque, NM 87105 | |
| A-3 | 3810 Villa Serena Place SW, Albuquerque, NM 87121 | THOMAS JARAMILLO, aka: "CASPER" |
| A-4 | 1114 1/2 Sunflower Road SW, Albuquerque, NM 87105 | EDWARD VALLEZ, aka: "DOPEY" |
| A-5 | 10416 Connemara Drive SW, Albuquerque, NM 87121 | JOSHUA LOZOYA, aka: "GRIEFO" |
| A-6 | 1340 Tres Ritos Street SW, Albuquerque, NM 87121 | ACEN VALADEZ, aka: "BOOGIE" |
| A-7 | 1132 Florida Street SE, unit E, Albuquerque, NM 87108 | SABRINA ADAMS, aka: "LOVELY LOKKA" |
| A-8 | 1322 Vito Romero Road SW, Albuquerque, NM 87105 | AMANDA CASAUS, aka: "PANDA" |
| | | OMAR MANZANILLA, aka: "SAPO" |
| A-9 | 2901 Euclid Avenue NE, Apt. #22-B, Albuquerque, NM 87106 | BERNARD BACA, aka: "MAD DOG" |
| A-10 | Diersen Charities 2331 Menaul Boulevard NE, Albuquerque, NM 87107 | ERIC HARRISON, aka: "SNOOP" |
| A-11 | Metropolitan Detention Center Restricted Housing Unit 2, cell 12, 100 Deputy Dean Miera Drive SW, Albuquerque, NM 87151 | DAVID CHAVEZ, aka: "WACKY" |
| A-12 | Metropolitan Detention Center Restricted Housing Unit 2, cell 29, 100 Deputy Dean Miera Drive SW, Albuquerque, NM 87151 | MARIO CHAVEZ, aka: "LITTLE MAN" |
| A-13 | Metropolitan Detention Center Restricted Housing Unit 2, cell 27, 100 Deputy Dean Miera Drive SW, Albuquerque, NM 87151 | RAYMOND SALAS, aka: "RAY RAY" |
| A-14 | Metropolitan Detention Center Restricted Housing Unit 2, cell 29, 100 Deputy Dean Miera Drive SW, Albuquerque, NM 87151 | ENRIQUE ROYBAL, aka: "SLEEPY" |
| A-15 | Metropolitan Detention Center Restricted Housing Unit 2, cell 5, 100 Deputy Dean Miera Drive SW, Albuquerque, NM 87151 | ERNEST GUERRO, aka: "ERN DOG" |

## GLOSSARY OF KEY TERMS AND ENTITIES

| | |
|---|---|
| Blues | Blue M30 pills containing fentanyl. |
| BOP | United States Bureau of Prisons. |
| Burqueños | A security threat group, comprised of street gang members from Albuquerque, who band together for protection in prison and jail. |
| Carnal | A term used by the SNM and other Hispanic gangs to mean "brother," which signifies the other person is a member of the gang. |
| CCCC | Cibola County Correctional Center in Milan, NM. |
| CHS | Confidential Human Source, CHS for both plural and singular. |
| Clavo | A hidden compartment or contraband item. |
| CNMCF | Central New Mexico Correctional Facility in Los Lunas, NM. |
| Drop-out | To renounce the gang, which usually includes formal debriefing with corrections staff or law enforcement. |
| DTO | Drug trafficking organization. |
| Eme | Mexican Mafia or La Eme ("M"), a California-based prison gang, which also has a significant presence in the BOP. |
| FCI | Federal Correctional Institution. |
| Greenlight | To authorize violence against a person or group. |
| Hitter | A person who is able to get drugs into a correctional facility. |
| Kite | Secret message contained on a small piece of paper, also called a "wela." |
| MDC | Bernalillo County Metropolitan Detention Center in Albuquerque, NM. |
| NMCD | New Mexico Corrections Department. |
| OCDETF | Organized Crime Drug Enforcement Task Force. |
| Paperwork | Police reports or other discovery documents showing a person cooperated with law enforcement. |
| PNM | Penitentiary of New Mexico in Santa Fe, NM. |
| Put in work | To do something for the gang. |
| RICO | Racketeering Influenced and Corrupt Organizations Act. |
| Shank | A clandestine knife or stabbing instrument. |
| Shot-caller | An influential gang leader, someone with authority to call a Greenlight. |
| SNM | Syndicato de Nuevo Mexico, a New Mexico based prison gang. |
| STIU | Security Threat Intelligence Unit. STIU officers monitor prison gangs. |
| SUR | Short for Sureño, also referred to as Southern United Raza (race). |
| Sureños | A California based street gang under the control of the Mexican Mafia Prison gang. There are Sureños members in New Mexico. |
| USAO | United States Attorney's Office. |
| USP | United States Penitentiary. |
| USPO | United States Probation Office. |
| Validation | The process used by prison officials to recognize and designate an inmate as a member of a gang. Not all gang members have been validated. |
| VCTF | FBI Violent Crime Task Force. |
| VGTF | FBI Violent Gang Task Force. |
| VICAR | Violent Crime in Aid of Racketeering. |
| Huesos | Spanish for "bones." Gang members earn their huesos by putting in work. |
| WSL | Westside Locos Albuquerque street gang. |